**NACH, RODGERS, HILKERT & SANTILLI**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@nrhslaw.com
      docket@nrhslaw.com

Attorney for Robert A. MacKenzie, Case Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DELMY M. GOMEZ,<br><br>             Debtor. | (Chapter 7 Case)<br><br>No. 2:25-bk-02497-DPC<br><br>**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTION** |

     Robert A. MacKenzie, the Chapter 7 bankruptcy trustee (the "**Trustee**"), by and through his attorneys undersigned, hereby files this (partial) objection to a claimed exemptions in income tax refunds pursuant to Ariz. Rev. Stat. § 33-1126(A)(11) and respectfully submits the following:

     1. This case was commenced by voluntary petition filed by Delmy M. Gomez (the "**Debtor**") under Chapter 7 of Title 11, United States Code, on March 25, 2025 (the "**Petition Date**").

     2. The Trustee is the duly qualified and acting bankruptcy trustee of the Debtor's Chapter 7 bankruptcy estate ("**Estate**").

     3. The Debtor's 341 Meeting ("**341 Meeting**") was conducted on April 29, 2025.

     4. Debtor, on her Amended Schedule C filed with this Court on March 31, 2025 at DE 12, includes claimed exemptions in the amount of 100% (up to the statutory limit) pursuant to Ariz. Rev. Stat. § 33-1126(A)(11) for "Possible child tax credits 2024 and 2025" ("**Claimed Exemptions**").

     5. Debtor is yet to file her 2024 and 2025 income tax returns and the amounts of any credits are unknown at this time.

     6. Ariz. Rev. Stat. § 33-1126(A)(11) allows a debtor to exempt:

> The **refundable** portion of any federal or state personal income tax credits from any federal or state earned income tax credits and any **additional refundable** portion of any federal or state child tax credits. [Emphasis Added]

Furthermore, the statute limits the amount of the exemption as follows:

> The amount of the exemption shall be the lesser of the total combined amount of federal and state tax refunds or the total combined amount of any federal or state earned income tax credits and any federal or state child tax credits claimed on the return.

7. By its very language, the claimed exemption statute only exempts the **additional refundable** portion of any federal or state child tax credits.

8. Refundable tax credits include the Earned Income Tax Credit (EITC), Additional Child Tax Credit (which allows up to $1,600.00 per child as a refundable credit), and Premium Tax Credit. *See* https://www.irs.gov/credits-deductions/individuals/refundable-tax-credits#.

9. The following credits are **not** refundable tax credits: Adoption credit, Lifetime Learning Credit, Residential Energy Credit, Work Opportunity Credit, Child and Dependent Care Credit, Retirement Savings Contributions Credit, **Child Tax Credit (**the Form 1040 Line 19 portion is not refundable, whereas the Form 1040 Line 28 Additional Child Tax Credit is), Mortgage Interest Credit, etc. *See Id*. ("A portion of the Child Tax Credit is refundable for 2023. This portion is called the Additional Child Tax Credit (ACTC).")

10. Arizona does **not** have a refundable child tax credit, although there is a non-refundable rebate that can lower tax liability (like IRS Form 1040 Line 19, Arizona Form 49 is a non-refundable credit). *See* www.taxcreditsforworkersandfamilies.org/state/arizona/

11. Section 33-1126(A)(11) enables debtors with low income (and lesser tax liabilities) to exempt amounts resulting from the <u>refundable</u> EIC and the <u>refundable</u> Additional Child Tax Credit.

12. In this instance, because the Debtor has not filed her 2024 and 2025 federal and state income tax returns, it is impossible to discern what, if any, refundable credits are exemptible.

13. Trustee asserts that the Claimed Exemptions in the 2024 and 2025 Federal and State Refunds must be reduced to the amounts attributable to the EIC and the Additional Child Tax Credit for the Federal Income Tax Returns, and that there are no known exemptible refundable credits for the Arizona State Income Tax Returns.

14. Regardless, based on the language of the statute itself, the Debtor's exemption must be

2

capped at 100% of "[t]he refundable portion of any federal or state personal income tax credits from any federal or state earned income tax credits and any additional refundable portion of any federal or state child tax credits."

15. The Trustee is unable to discern if the Debtor is claiming an exemption in non-refundable child tax credits and is therefore filing this objection to avoid any confusion on the issue.

WHEREFORE, Robert A. MacKenzie, Trustee, respectfully requests that this Court make and enter its Order sustaining the objection and modifying the Claimed Exemptions in the 2024 and 2025 Federal and State Income Tax Refunds to "100% of the refundable portion of any federal or state personal income tax credits from any federal or state earned income tax credits and any additional refundable portion of any federal or state child tax credits"; and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 27th day of May, 2025.

**NACH, RODGERS, HILKERT & SANTILLI**

By: */s/ Stuart Rodgers 025720*
Stuart B. Rodgers
*Attorneys for Trustee*

A COPY of the foregoing was mailed to:

Delmy M. Gomez
8716 S. 58th Lane
Laveen, AZ 85339
*Debtor*

A COPY of the foregoing delivered
via electronic notification to:

David Cutler
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main St.
Skokie, IL 60076
Email: documents2@phxfreshstart.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Patty.Chan@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov

By: */s/ Becca Casteel*